# Court of Appeals
# of the State of Georgia

ATLANTA, December 14, 2017

*The Court of Appeals hereby passes the following order*

**A18D0178. IN THE INTEREST OF H. B. C., A CHILD (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015JR43



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 14, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*